# Court of Appeals
# of the State of Georgia

ATLANTA,  June 04, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1088. IN THE INTEREST OF C.B.T., A CHILD.**

Appellant in the above-referenced appeal requests an extension of time in which to file a reply brief, citing a pending motion in the trial court to supplement or correct the record transmitted to this Court on appeal. Appellant, however, requests an indefinite extension of time (*e.g.*, 20 days from the trial court's supplementation of the record). In the alternative, Appellant requests that we remand this case to the trial court on grounds that it was prematurely docketed without a perfected record. *See* Court of Appeals Rule 11 (d) ("Any case docketed before the entire record is delivered to the Court may be remanded to the trial court until such time as the entire record is prepared and delivered to the Court."). Because we cannot grant Appellant's request for an indefinite extension, Appellant's alternative request for the case to be remanded to the trial court until the entire record is prepared and delivered is ***GRANTED***.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  06/04/2021

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.* Stephen E. Castlen